# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-CV-01551-SVW-GJS | Date | April 27, 2018 |
| Title | *Brown v. FedEx Co. et al.* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER REMANDING CASE [14]

     Defendant Federal Express removed this employment discrimination and defamation case to this Court from Los Angeles County Superior Court. Dkt. 1. Defendant claimed this Court had diversity jurisdiction over the case. *Id.* ¶ 8. In Defendant's view, the joinder of Defendant Tanasha Malone, a California citizen, did not destroy diversity because her joinder was a "sham." *Id.* ¶¶ 19–20. Plaintiff disputes these contentions in its Motion to Remand. Dkt. 14. The Court does not reach the merits of the dispute over the alleged sham joinder, however, because the parties have stipulated to the remand to state court and Defendant has filed a Statement of Non-Opposition to Plaintiff's Motion to Remand. Dkt. 18. Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court.

:

Initials of Preparer    SMO for PMC